UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

AURORA HOSPITALITY GROUP, LLC,   CASE NO. 22-12930
   CHAPTER 11
   Debtor(s)

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**William B. Avellone**
**10 South Riverside Plaza, Suite 875**
**Chicago, IL 60606**
**Tel. (312) 273-4004**
**Email:** bill.avellone@charteredmgt.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date:   November 10, 2022   PATRICK S. LAYNG
   United States Trustee

   ADAM G. BRIEF
   Assistant United States Trustee

   By : */s/ Adam G. Brief*
   ADAM G. BRIEF, AUST
   Office of the U.S. Trustee
   219 S. Dearborn, Rm. 873
   Chicago, IL 60604
   Tel. 312 886 2805
   Adam.Brief@usdoj.gov