UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:  
**Aurora Hospitality Group LLC**  
    Debtor(s)

CASE NO. 22-12930  
CHAPTER 11

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE WILLIAM B. AVELLONE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $350.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

Dated: November 8, 2022

/s/ *William B. Avellone*  
WILLIAM B. AVELLONE  
10 SOUTH RIVERSIDE PLAZA, SUITE 875  
CHICAGO, ILLINOIS 60606  
TEL: 312-273-4004  
EMAIL: bill.avellone@charteredmgt.com