UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | Case No. 22bk12930 |
|---|---|
| Aurora Hospitality Group LLC, | Chapter 11 |
| Debtor. | Honorable LaShonda A. Hunt |

**ORDER SETTING SUBCHAPTER V STATUS CONFERENCE
AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)**

The above-referenced debtor has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. To further the expeditious and economical resolution of this case, it is ordered as follows:

1. **Status Conference**. The court will hold the status conference required by 11 U.S.C. § 1188 on **Thursday, January 5, 2023, at 11:00 a.m.** The debtor, counsel for the debtor, and the Subchapter V Trustee must appear at the status conference **either** in person **or** electronically using Zoom for Government.

   > **To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.
   >
   > **To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.
   >
   > **Meeting ID and passcode**. The meeting ID for this hearing is **161 165 5696**, and the passcode is **7490911**. The meeting ID and passcode can also be found on the judge's page on the court's web site.

2. **Section 1188(c) Report**. At least 14 days before the date of the status conference, the debtor must file the report required by 11 U.S.C. §1188(c), and serve that report on the Subchapter V Trustee, the United States Trustee, and all creditors and other parties in interest.

3. **Plan Deadline**. The deadline to file a plan is **Monday, February 6, 2023**, unless the court extends the deadline for reasons that are attributable to circumstances for which the debtor should not justly be held accountable.

4. **Deadline for 1111(b) election**. Any secured creditor that wishes to make an election under 11 U.S.C. §1111(b) must do so no later than 14 days after the debtor files a plan.

5. **Service**. The Clerk of the Bankruptcy Court is directed to serve a copy of this order on the debtor, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 7016-1.

**DATED**: November 14, 2022     **ENTERED**:

_LaShonda A. Hunt_
Honorable LaShonda A. Hunt
United States Bankruptcy Judge

United States Bankruptcy Court

Northern District of Illinois

In re:     Case No. 22-12930-LAH

Aurora Hospitality Group LLC     Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: admin    Page 1 of 2
Date Rcvd: Nov 14, 2022    Form ID: pdf010    Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aurora Hospitality Group LLC, PO BOX 6091, Aurora, IL 60598-0091 |
| 29987322 | + | Cache Private Capital Dvrsfd Fd LLC, c/o Elizabeth Passey, 2600 West Executive Parkway #120, Lehi, UT 84043-3988 |
| 29987323 | + | Kenneth Moore, PO BOX 6091, Aurora, IL 60598-0091 |
| 29987324 | + | M. Reas Bownman, Levin Ginsburg, 180 N LaSalle St, Suite 3200, Chicago, IL 60601-2800 |
| 29987325 | + | Real Estate America LLC, c/o Randal L Olson, Trustee, PO BOX 506, Pecatonica, IL 61063-0506 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 29995689 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 15 2022 01:13:00 | Department of the Treasury, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 29995690 | *+ | Internal Revenue Service, Mail Stop 5014CHI, 230 South Dearborn Street, Room 2600, Chicago, IL 60604-1705 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2022 at the address(es) listed below:

**Name**     **Email Address**

| | | |
|---|---|---|
| District/off: 0752-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 14, 2022 | Form ID: pdf010 | Total Noticed: 6 |

David Freydin
    on behalf of Debtor 1 Aurora Hospitality Group LLC david.freydin@freydinlaw.com vincent@freydinlaw.com

Patrick S Layng
    USTPRegion11.ES.ECF@usdoj.gov

William B Avellone
    bill.avellone@charteredmgt.com

TOTAL: 3