

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 01, 2022 through November 30, 2022

Account Number:

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00340907 DRE 111 141 33522 NNNNNNNNNNN T 1 000000000 64 0000
AURORA HOSPITALITY GROUP LLC II
3828 W SHERWIN AVE
LINCOLNWOOD IL 60712-1022



## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$174.84** |
| Deposits and Additions | 1 | 3,890.99 |
| Electronic Withdrawals | 2 | -100.66 |
| Other Withdrawals | 1 | -3,890.99 |
| Fees | 2 | -27.00 |
| **Ending Balance** | **6** | **$47.18** |

Your Monthly Service Fee was $15 this statement period.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $62.18.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $0.00 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 11/18 | Remote Online Deposit | 1 | $3,890.99 |
| **Total Deposits and Additions** | | | **$3,890.99** |



November 01, 2022 through November 30, 2022

Account Number:

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/04 | Orig CO Name:Applecard Gsbank    Orig ID:9999999999 Desc Date:110322 CO Entry Descr:Payment  Sec:Web   Trace#:124085081882024 Eed:221104  Ind ID:3985940  Ind Name:Andreas Eb Trn: 3081882024Tc | $35.00 |
| 11/15 | Orig CO Name:Crf Payments    Orig ID:2011616861 Desc Date:   CO Entry Descr:ACH Pmt  Sec:CCD  Trace#:042000010557047 Eed:221115  Ind ID:990000212156         Ind Name:Andreas Eb Trn: 3190557047Tc | 65.66 |
| **Total Electronic Withdrawals** | | **$100.66** |

## OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23 | Deposited Item Returned    Unableto Locate099010736       # of Items00001Ck#:0000079265         Dep Amt0000389099   Dep Date111822Ck Amt0000389099 | $3,890.99 |
| **Total Other Withdrawals** | | **$3,890.99** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/23 | Deposit Item Returned Fee: 01 Unableto Locate099010736       # of Items00001Ck#:0000079265         Dep Amt0000389099   Dep Date111822Ck Amt0000001200            Svc Fee001200 | $12.00 |
| 11/30 | Monthly Service Fee | 15.00 |
| **Total Fees** | | **$27.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/04 | $139.84 |
| 11/15 | 74.18 |
| 11/18 | 3,965.17 |
| 11/23 | 62.18 |
| 11/30 | 47.18 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC